IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

**FILED**
May 5, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 7:21-MJ- 023-BP |
| DAVID PAUL SHAW JR (01) | |

## CRIMINAL COMPLAINT

Possession of a firearm which is not registered to him in the National Firearms
Registration and Transfer Record
(Violation of 26 U.S.C. §§ 5861(d), 5845(b) and 5871)

On or about May 30th, 2021, in the Wichita Falls Division of the Northern District of Texas, defendant **David Paul Shaw Jr** did possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record, to wit: a plastic Glock full auto switch, which has been classified as a machinegun, in violation of 26 U.S.C. §§ 5861(d), 5845(b) and 5871.

**Probable Cause:**

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. I am a Task Force Officer with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

2. I am familiar with the facts and circumstances of the investigation set forth below through my personal participation; from discussions with other police officers and investigators; and from my review of reports relating to the investigation.

3. This affidavit is submitted to establish probable cause in support of a criminal complaint, but does not include all information known to me or otherwise obtained through the investigation.

4.      During the month of April 2021, Affiant was contacted by a Wichita Falls Police Narcotics Officer. The Officer informed Affiant that while investigating narcotics related activity on the Snapchat social media platform, the Officer located an individual in the Wichita Falls, Texas area who was utilizing Snapchat to advertise the sale of various types of narcotics and firearms, including devices designed to convert semi-automatic Glock pistols into fully automatic machineguns. This individual was utilizing the Snapchat screen name "Trophy Vp Backup". The username for "Trophy Vp Backup" was listed as Paully420d. Two Officers with the Wichita Falls Police Department recognized the male in the videos posted under the Snapchat screen name "Trophy Vp Backup" as Paul SHAW JR. Throughout the month of April 2021, the Wichita Falls Police Officer and Affiant continued to monitor the photographs, videos, and captions posted to Snapchat under the "Trophy VP Backup" screen name, which continuously advertised various types of narcotics, firearms, and Glock machinegun conversion devices and the prices for such items. On April 27th, 2021, "Trophy Vp Backup" posted a video on Snapchat advertising the sale of auto sears for AR style rifles for "800 a pop." Affiant, along with other Officers, understood the post to indicate that the user was selling each auto sear for 800 dollars. Based on the above information, Affiant contacted an ATF Special Agent, who agreed to act in an undercover capacity to contact the "Trophy VP Backup" Snapchat account. The ATF Special Agent will be referred to as ATF UC.

5.      On April 28th, 2021, "Trophy Vp Backup" posted a video on snapchat that showed a plastic storage box containing numerous Glock machinegun conversion devices. On

April 29th, 2021, the ATF UC contacted "Trophy Vp Backup" on Snapchat, regarding the price on the Glock switches. "Trophy Vp Backup" responded they were 600.00.

6. On April 30, 2021 "Trophy Vp Backup" agreed to meet the ATF UC in Wichita Falls, Wichita County, Texas for the purpose of purchasing two (2) Glock auto switches for 600 dollars each. Prior to traveling to the meeting location, the ATF UC was equipped with ATF Agent Cashier funds, audio and video recording devices, and audio transmitting devices. While conducting surveillance, Affiant, along with other ATF Special Agents and Wichita Falls Police Officers, observed the ATF UC meet with a white male, whom Officers, including Affiant, recognized as Paul SHAW JR. SHAW JR sold the ATF UC two (2) Glock switches for 600 dollars each.

7. On April 29th, 2021, the ATF National Firearms Act Branch informed Affiant that Paul SHAW JR does not have any firearms registered to him in the National Firearms Registration and Transfer Record.

8. On May 4th, 2021, Affiant was informed that ATF Firearms and Ammunition Technology Division (FATD) Firearms Enforcement Officer (FEO) Greg Stimmel completed an examination of the two (2) devices purchased during the above described controlled purchase from SHAW Jr. FEO Stimmel placed each of the devices into a semi-automatic Glock pistol and test fired them, with each device functioning as designed and causing the firearm to fire more than one round of ammunition for a single depression of the trigger. FEO Stimmel determined that each of the devices, in and of itself, is a "firearm" and a "machinegun" as defined in 26 U.S.C. § 5845(b).

III. CONCLUSION

Based on the foregoing, Affiant believes that probable cause exists that **Paul David SHAW Jr** did possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record, to wit: a plastic Glock auto switch, which has been classified as a machinegun, in violation of 26 U.S.C. §§ 5861(d), 5845(b) and 5871.

*[signature]*
Tony Ozuna
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

    Attested to by the Affiant, Task Force Officer Tony Ozuna, in accordance with the requirements of Federal Rules of Criminal Procedure, Rule 4.1, by telephone, on this \_\_5th\_\_ day of May, 2021.

*[signature]*
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE