7-21CR-018-P

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2022
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

My name
Paul Davyè Shate Jr

I am requesting a court Docket sheet and also a Judgement & Sentencing sheet.

Thank you,
Paul Shate

PO 1500
Bravo OR
Trevo 036

Paul Shaw 43705-509
Federal Correctional Institution
P.O box 1500
El Reno OK, 73036

United States
District Clerk
501 west tenth street Rm 310
Ft worth, TX 76102

OKLAHOMA CITY OK 730
1 MAR 2022 PM 6 L

76102-975999